**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7588**

———————

FRANKIE L. MCCOY, SR.,

Plaintiff - Appellant,

versus

MARTA PRADO; DOCTOR WAYNE; DORTHY TRIBBLE,
Admin-Nurse, Individual and Official Capacity;
LOUISE STEWARD, Assistant Warden; JAMES
PEGEUESS, Chief of Security; L. CHANEY, Cap-
tain; R. MARTIN, Lieutenant; SERGEANT COWAN;
D. INGRAM, Sergeant; MARLENE SHELBY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-
1464-L)

———————

Submitted: January 13, 2000        Decided: January 20, 2000

———————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Frankie L. McCoy, Sr., Appellant Pro Se. Donald Joseph Crawford,
GODARD, WEST & ADELMAN, P.C., Rockville, Maryland; John Joseph
Curran, Jr., Attorney General, Gloria Wilson Shelton, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Miller v. Simmons, 814 F.2d 962, 967 (4th Cir. 1987).

We therefore dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2